IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP F. SHARP, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-006-JJF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 26 day of February 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Cross-Motion For Summary Judgment (D.I. 8) is **GRANTED**.

2. Plaintiff's Motion For Summary Judgment (D.I. 6) is **DENIED**.

3. The final decision of the Commissioner dated August 23, 2005 is **AFFIRMED**.

4. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant.

_____
UNITED STATES DISTRICT JUDGE