IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHILLIP F. SHARP,              :
                              :
        Plaintiff,             :
                              :
    v.                         : Civil Action No. 06-006-JJF
                              :
MICHAEL J. ASTRUE,             :
Commissioner of Social         :
Security,                      :
                              :
        Defendant.             :
                              :
                              :

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion
and Order dated February 26, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby
entered in favor of Defendant Michael J. Astrue and against
Plaintiff Phillip F. Sharp.

                                _____
                                UNITED STATES DISTRICT JUDGE

Dated: February 26, 2008

                                _____
                                (By) Deputy Clerk